UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WELLS, | No. 2:18-cv-0970 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, | |
| Defendant. | |

Plaintiff, a state prisoner at California State Prison, Sacramento has filed a document styled "Instant Motion for Court Order to Keep Plaintiff Where He Is At to Avoid a State Created Danger and Emminant [sic] Harm," seeking the court to order California Department of Corrections and Rehabilitation to keep him at his current designation. No other pleadings have been filed by the plaintiff. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

1    In his pending motion, plaintiff alleges that he is in the Enhanced Outpatient Program ("EOP"). Plaintiff alleges that the California Department of Corrections and Rehabilitation ("CDCR") has a new policy to integrate EOP inmates with general population ("GP") inmates. Plaintiff alleges that if he is moved to a GP yard, he will be assaulted by GP inmates. Plaintiff alleges that he will be making a weapon to protect himself. Plaintiff seeks an order prohibiting prison officials from transferring him to a GP yard.

The undersigned is concerned by plaintiff's allegations in his pending motion. Supervising Deputy Attorney General Monica Anderson is directed to file a response addressing plaintiff's claims that he is going to be moved to a GP yard, and that this transfer will jeopardize plaintiff's safety.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Court Order (ECF No. 1) is denied without prejudice;

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $400.00.[2] Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed;

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner;

////
////
////
////

---

[2] The $400.00 is comprised of the $350.00 filing fee and a $50.00 administrative fee. If plaintiff is granted leave to proceed in forma pauperis, plaintiff is not required to pay the $50.00 administrative fee.

4. The Clerk of the Court is directed to serve a copy of this order and plaintiff's April 19, 2018 motion on Supervising Deputy Attorney General Monica Anderson; within fourteen days of the date of this order, Supervising Deputy Attorney General Monica Anderson shall file a response to plaintiff's April 19, 2018 motion.

Dated: May 3, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

well0970.nocompl