Andre Wells G-38404
Salinas Valley State Prison
P.O. Box
Soledad, CA 93960-1050

UNITED STATES COURTS

FILED
JUL 02 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Wells, Plaintiff

v.

CDCR, Defendants

Case 2:18-CV-00970-WBS-KJN

Notice of Withdrawal

Plaintiff withdraws this action due to his inability and mental health. Plaintiff does however place the courts on notice that he will protect his self as a god given right. He also would request the courts to document this in case of a future incident in CDCR concerning the argument and fruitfulness of this case. CDCR has implemented policy and practice that violates many civil codes, the constitution and the UN Nelson Mandela Rules. I have a right not to be endangered due to state created integration of GP & SNY. This causes turmoil and I will evidently be harmed by it due to no fault of my own!

P.S. I do not know how to carry this case on? I need help! If not then it is what it is!

Respectfully submitted
Andre Wells