UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WELLS,<br><br>          Plaintiff,<br><br>    v.<br><br>CDCR,<br><br>          Defendant. | No. 2:18-cv-0970 WBS KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding in forma pauperis and without counsel. On June 8, 2018, plaintiff's complaint challenging his transfer to general population while housed at California State Prison, Sacramento, was dismissed. (ECF No. 15.) Plaintiff was granted leave to file an amended complaint and cautioned that under 42 U.S.C. § 1997e(a), he is required to exhaust his administrative remedies prior to filing a complaint in federal court. Plaintiff was transferred to Salinas Valley State Prison in Soledad after he filed the instant complaint.

On July 2, 2018, plaintiff filed a motion to voluntarily dismiss this case in a filing styled "Notice of Withdrawal." (ECF No. 18.) Plaintiff states he "withdraws this action due to his inability and mental health." (Id.) In a prior filing, plaintiff noted he had just spent ten days in a mental health crisis bed. (ECF No. 14 at 1.) Good cause appearing, plaintiff's request is granted. Dismissal is without prejudice should plaintiff wish to pursue his claims after exhausting his administrative remedies.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 18) is granted; and

2. This action is dismissed without prejudice. Fed. R. Civ. P. 41(a).

Dated: July 19, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/well0970.41a